# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Briana McKnight, | No. CV-20-01956-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Brian McKnight, et al., | |
| Defendants. | |

**IT IS ORDERED** that Defendant's motion for leave to file a non-electronic exhibit (Doc. 63) is granted.  Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, Section II.N.2, Defendant must prepare an index and notice of filing in pleading format to be submitted with the exhibit.  The caption of the index will state what document, if any, the exhibit is supporting.  Defendant shall serve Plaintiff with the index, notice of filing, and exhibit and shall deliver the same to the Court.

This Order—the Court's standard order granting leave to file an exhibit in non-electronic form—is merely procedural.  It should not be viewed as a decision regarding whether the Court may consider the exhibit in question in resolving Defendant's motion for judgment on the pleadings without converting that motion into a motion for summary judgment.

Dated this 22nd day of June, 2021.

Dominic W. Lanza
United States District Judge