IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Briana McKnight,<br><br>        Plaintiff,<br><br>v.<br><br>Brian McKnight, et al.,<br><br>        Defendants. | No. CV-20-01956-PHX-DWL<br><br>**ORDER** |

      The Court has reviewed the parties' joint request. (Doc. 93.). As an initial matter, the Court finds it unnecessary to formally grant leave for Plaintiff to file a motion for protective order because the contours of the parties' dispute are already fleshed out in the joint notice. Granting the leave request would simply delay the decision and run up the parties' legal bills, contrary to the dictates of Fed. R. Civ. P. 1. The Court prefers to rule now based on the parties' summary of the issue, as contemplated by the Court's usual discovery dispute procedure.

      On the merits, the Court concludes that Defendant's position is more persuasive. The documents at issue are clearly relevant given the nature of the claims in this action, a protective order has already been issued, and producing the documents at issue pursuant to a "confidential/attorneys' eyes only" designation will be sufficient to protect Plaintiff's confidentiality and privacy concerns. The Court also notes that Plaintiff's concerns seem speculative - Plaintiff simply raises the possibility that the requested records might contain irrelevant, embarrassing information, without giving any concrete reason to believe they

1  actually do.  For this and other reasons, the Court views this situation as much different
2  from Plaintiff's previous request for relief from sensitive discovery inquiries.  Finally, the
3  Court harbors concern that Plaintiff's proposed approach would lead to inevitable litigation
4  over redactions.  This provides a final reason to deny Plaintiff's request.
5      Dated this 25th day of February, 2022.

_____
Dominic W. Lanza
United States District Judge